

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00102-CV

**IN THE INTEREST OF A.D.S.** and J.P.S., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00151
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 2, 2017.

_____
Rebeca C. Martinez, Justice